# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>MICHAEL E. MCCAY,<br>*Defendant(s)* | Case Number: 24-CR-30063-NJR<br><br>**RECEIVED**<br>By Lauren Patterson, U.S. Marshals Service, S/IL at 4:19 pm, Apr 17, 2024 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL E. MCCAY                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Sexual Exploitation of a Minor in Violation of 18:2251(a) and (e).
Count 2: Sexual Exploitation of a Minor in Violation of 18:2251(a) and (e).
Count 3: Distribution of Child Pornography in Violation of 18:2252A(a)(2) and (b).


Date: April 17, 2024                                                  _____, Deputy Clerk
                                                                               *Issuing officer's signature*

City and state:   East St. Louis, IL                                  Monica Stump, Clerk of Court
                                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 4-18-2024<br>at *(city and state)* East St. Louis, IL.<br><br>Date:  4-18-2024                                           *Lauren Patterson* "FOR"<br>                                                                    *Arresting officer's signature*<br><br>                                                                    J. Batson, SDUSM<br>                                                                    *Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)