IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>MICHAEL E. MCCAY, )<br>  )<br>Defendant, ) | Cause No. 3:24CR30063 NJR |

## **MOTION TO CONTINUE TRIAL**

COMES NOW, Defendant, Mr. Michael E. McCay, by and through counsel, and requests to continue his Trial now set for August 27, 2024. In support of his Motion to Continue, Defendant states as follows:

1. Defendant is charged in the above styled cause with two counts sexual exploitation of a minor and one count distribution of child pornography in violation of 18U.S.C. §§2251 and 2252A.

2. Defendant was arraigned on April 19, 2024 and remains detained. (Doc. 8; 16).

3. Discovery in the case remains on-going with the United States Attorney providing a "jail copy" of discovery that was subsequently forwarded to Mr. McCay's place of confinement on July 31, 2024. Counsel needs additional time to review discovery and conduct investigation prior to any trial. Defendant therefore requests a Continuance of his trial date.

4. The Government, through Assistant United States Attorney Ms. Burns, does not object to Defendant's request for continuance.

5. Defendant's request to Continue Trial is made in the interest of justice and is not intended to vex or delay this Court. Defendant's request for additional time outweighs the

interest of the public and the defendant in a speedy trial as set out in 18 U.S.C. §3161(h)(7) and Defendant is aware that this time will be excluded from computation under the Speedy Trial Act.

WHEREFORE Defendant requests this Honorable Court grant his Motion to Continue Trial or at least 60 and for any additional relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Kim C. Freter*
Kim C. Freter
Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
Phone: (618)482-9050
Kim_Freter@fd.org

ATTORNEY FOR DEFENDANT