# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-cr-30063-NJR |
| ) | |
| MICHAEL E. MCCAY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by the United States Attorney, represents and shows:

That there is now confined in the Alton City Jail, in the custody of the Warden, or Jailer thereof, the defendant in the above entitled case. Defendant is also subject to charges by the United States Air Force in United States v. Michael E. McCay, which case will be called for an Arraignment on the **13th day of May 2025, at Scott Air Force Base**, and it is necessary to have said defendant present for that proceeding. In order to secure the presence of said defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Warden, Sheriff, or Jailer to produce said defendant in order to procure his presence for a hearing and all other proceedings incident thereto. Defendant will be transported by agents with the United States Air Force Office of Special Investigations and will be returned to the custody of the United States Marshal Service on the same date.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this court, directed to said Warden, Sheriff, or Jailer, commanding him to have and produce the above-named defendant at said time, and then and there to present said defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the proceedings against said defendant to return him to the custody of said Warden, Sheriff, or Jailer.

DATED: May 8, 2025.

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney

        *s/ Alexandria M. Burns*
        ALEXANDRIA M. BURNS
        Assistant United States Attorney
        9 Executive Drive
        Fairview Heights, IL 62208
        Phone: (618) 628-3700
        Fax: (618) 628-3796
        E-mail: Alexandria.Burns@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Any Registered Participant

                                            Respectfully submitted,

                                            *s/ Alexandria M. Burns*
                                            ALEXANDRIA M. BURNS